# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 208 | **DATE** | 1/14/2008 |
| **CASE TITLE** | Trustees vs. High Tech Mechanical | | |

**DOCKET ENTRY TEXT**

Joint Status Report due by 2/13/2008.

■ [ For further details see text below.]      Notices mailed by Judicial staff.

## STATEMENT

### INITIAL STATUS REPORT

    This case has been assigned to the calendar of Judge Amy J. St. Eve. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning meeting. At least 3 business days prior to the initial status in this case, please file a **joint** initial status report (with a courtesy copy to Chambers in Room 1260), containing the following information:

1. **The Nature of the Case**

    A. Identify the attorneys of record for each party, including the lead trial attorney.
    B. State the basis for federal jurisdiction.
    C. Describe the nature of the claims asserted in the complaint and any counterclaims.
    D. State the major legal and factual issues in the case.
    E. Describe the relief sought by the plaintiff(s).

2. **Pending Motions and Case Plan**

    A. Identify All Pending Motions
    B. Submit a proposal for a discovery plan, including the following information:
       A. The type of discovery needed;
       B. A date for Rule 26(a)(1) disclosures;
       C. A fact discovery completion date;
       D. An expert discovery completion date, including dates for the delivery of expert reports;

**STATEMENT**

           E.     A date for the filing of dispositive motions; and
           F.     A date for the filing of a final pretrial order.
    C.     With respect to trial, indicate the following:
           A.     Whether a jury trial is requested;
           B.     The probable length of trial; and
           C.     When the case will be ready for trial.

3.    **Consent to Proceed Before a Magistrate Judge**

    •     Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.

4.    **Status of Settlement Discussions**

    A.     Indicate whether any settlement discussions have occurred;
    B.     Describe the status of any settlement discussions; and
    C.     Whether the parties request a settlement conference.