IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2-4-2008
FEB - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br>Plaintiffs <br><br>Vs <br><br>HIGH TECH MECHANICAL, INC. An Illinois corporation, <br>Defendant | No. 08C 0208 <br><br> Judge: Amy St. Eve <br><br> Magistrate Judge Cox |

## NOTICE OF FILING

To:   Donald D. Schwartz
      Arnold and Kadjan
      19 West Jackson Blvd., Suite 300
      Chicago, IL 60604

You are hereby notified that on or about the 30th day of January 2008 the attached, **via U.S.Mail**, I shall file with, with the Clerk of the U.S. Court, Northern District of Illinois, Eastern Division, **Response to Complaint**, attached hereto.

By: _____
                                    Attorney

........................................................................................

STATE OF ILLINOIS     )
                      )ss          Proof of Service
COUNTY OF KANAKKEE )

The undersigned, being first duly sworn, state that I served a true and correct copy of the aforegoing Notice, together with a copy of each document referred to therein, upon the person(s) indicated at their address(es) indicated by mailing in Kankakee, Illinois on the 30th day of January 2008.

SUBSCRIBED AND SWORN TO before me this 30th day of January 2008.

Prepared by:
L. PATRICK POWER #2244357
ATTORNEY AT LAW
956 NORTH FIFTH AVENUE
KANKAKEE, ILLINOIS 60901
(815) 937-6937

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs <br><br> Vs <br><br> HIGH TECH MECHANICAL, INC. An Illinois corporation, <br><br> Defendant | No. 08C 0208 <br><br> Judge: Amy St. Eve <br><br> Magistrate Judge Cox |

### RESPONSE TO COMPLAINT

NOW COMES, the Defendant, HIGH TECH MECHANICAL, INC., by his attorney, L. Patrick Power, and answer to the complaint filed herein, states as follows:

### COUNT I

1. The Defendant admits the allegations contained in paragraph one of Count I of said complaint.

2. That Defendant admits the allegations contained in paragraph two of Count I of said complaint.

3. That Defendant admits the allegations contained in paragraph three of Count I of said complaint.

4. That Defendant admits the allegations contained in paragraph four of Count I of said complaint.

5. That Defendant admits the allegations contained in paragraph five of Count I of said complaint.

6. That Defendant admits the allegations contained in paragraph six of Count I of said complaint.

7. That Defendant admits the allegations contained in paragraph seven of Count I of said complaint.

8. That Defendant admits the allegations contained in paragraph eight of Count I of said complaint.

9. That Defendant admits that it failed to make certain contributions in accordance with the original agreement, however, Defendant affirmatively states it entered into an agreement to makeup said arrearages, which agreement constitutes an accord and satisfaction. Defendant further affirmatively alleges that it is current on the agreement constituting the accord and satisfaction. (See Exhibit A attached).

WHEREFORE, Defendant, HIGH TECH MECHANCIAL, prays that Count I of the Complaint be dismissed.

## AFFIRMATIVE DEFENSE

NOW COMES, the Defendant, HIGH TECH MECHANICAL, INC., by his attorney, L. Patrick Power, and as a affirmative defense to the complaint, states as follows:

1. That on or about October 31, 2007, Defendant and Plaintiff entered into an agreement (see Exhibit A attached), whereby Defendant was to make certain payments on the arrearage owed by it to Plaintiff.

2. That presently Defendant is current on payments called for by said agreement.

3. That the Exhibit A constitutes an accord and satisfaction of the arrearage claimed by the Plaintiff in Count I.

4.   That so long as Defendant is current on the agreement attached hereto as Exhibit A, constitutes a bar to Plaintiff from taking other action outside the scope of this agreement to collect said arrearage.

WHEREFORE, Defendant, HIGH TECH MECHANICAL, Inc., prays that this Affirmative Defense be allowed and the complaint be dismissed.

> Respectfully submitted,
>
> By: _____
> Attorney for Defendant

Prepared by:
L. Patrick Power #2244357
Attorney at Law
956 N. Fifth Ave.
Kankakee, IL  60901
815-937-6937

STATE OF ILLINOIS        )
                         )SS
COUNTY OF KANKAKEE       )

## VERIFICATION

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that the statements set forth in the foregoing instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he/she verily believes the same to be true and accurate.

*[signature]* President

SUBSCRIBED and SWORN TO before me
This 30th day of January, 2008.

_____
Notary Public

*[Notary Seal: KRISTINE A. SCHMITZ, NOTARY PUBLIC, STATE OF ILLINOIS, MY COMMISSION EXPIRES 9-5-2010]*

Prepared by:
L. PATRICK POWER #2244357
ATTORNEY AT LAW
956 NORTH FIFTH AVENUE
KANKAKEE, ILLINOIS 60901
(815) 937-6937

## INSTALLMENT NOTE

$50,000.00                                                                                            October 31, 2007

For Value Received, the undersigned promises to pay to the order of_____
**PLUMBERS & PIPEFITTERS LOCAL 422 FRINGE BENEFIT FUNDS**     the principal sum of
**FOURTY EIGHT THOUSAND EIGHT HUNDRED SEVENTY and 70/100 ($48,870.70)** _____Dollars

Payable in installments as follows:

**EIGHT THOUSAND THREE HUNDRED THIRTY THREE and 00/100 ($8,333.33)** _____Dollars
on the __1ST__ day of __NOVEMBER__ 2007
**EIGHT THOUSAND THREE HUNDRED THIRTY THREE and 00/100 ($8,333.33)** _____Dollars
on the __1ST__ day of each month beginning on the __1ST__ day of __DECEMBER__ 2007
for __3__ month(s) succeeding, and a final payment of
**EIGHT THOUSAND THREE HUNDRED THIRTY THREE and 00/100 ($8,333.33)** _____Dollars
on the __1ST__ day of __APRIL 2008__ with interest on the balance of principal remaining from time to time unpaid at the rate of __10%__ per cent per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of __18__ per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958** or such other place as the legal holder hereof may from time to time in writing appoint.

The payment of this Note is secured by a Security Agreement in the nature of a chattel mortgage, bearing even date herewith, from the undersigned to_____
on personal property_____
In the County of _____, Illinois. The undersigned's residence (chief place of business) is at _____
_____, Illinois.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment of principal or interest, or any portion thereof, in accordance with the terms hereof or in case of default as defined in said Security Agreement. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

RESOLUTION OF REPORTS FOR JULY 2007 THROUGH SEPTEMBER 2007

_____     _____
THOMAS BLANCHETTE, INDIVIDUALLY     HIGH TECH MECHANICAL, INC.
                                    296 S. KINZIE AVE.
                                    BRADLEY, IL 60915
                                    PHONE (815) 935-1052
                                    FAX (815) 935-0894

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

CAUTION:     Consult a lawyer before using or acting under this form. *All warranties, including merchantability and fitness, are excluded.*

5143-39


DEFENDANT'S EXHIBIT 4