

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Board of Trustees of the Local Union<br>No. 422 U.A. of Joliet, et al,<br>　　　　　Plaintiff<br>　　vs<br>High Tech Mechanical, Inc.<br>　　　　　Defendant | Case Number: 08 C 0208 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

L. Patrick Power, Attorney for High Tech Mechanical, Inc., Defendant

**FILED**
FEB 14 2008   FEB 14 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>L. Patrick Power, Attorney at Law | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>L. Patrick Power, Attorney at Law | |
| STREET ADDRESS<br>956 N. Fifth Ave., [illegible], IL | |
| CITY/STATE/ZIP<br>Kankakee, IL  60901 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL Atty Reg. #2244357 | TELEPHONE NUMBER<br>815-937-6937 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |

STATE OF ILLINOIS        )
                         )SS
COUNTY OF KANKAKEE  )

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn, upon oath depose and state that I served a true and correct copy of the foregoing instrument, attached hereto upon the following named person(s) by enclosing same in a envelope plainly and properly addressed as stated below, postage fully prepaid, and depositing said envelope(s) in the United States Mails, in Kankakee, Illinois on the __11th__ day of __February__, 2008.

Donald Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL  60604

_____

SUBSCRIBED and SWORN TO before me this 14 day of February, 2008.

_____
Notary Public

Prepared by:
L. PATRICK POWER #2244357
ATTORNEY AT LAW
956 NORTH FIFTH AVENUE
KANKAKEE, ILLINOIS  60901
(815) 937-6937