IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH TECH MECHANICAL, INC., an Illinois corporation, <br> Defendant. | ) ) ) ) ) No. 08 C 208 ) ) Judge St. Eve ) ) Magistrate Judge Cox ) ) ) ) ) |

## AGREED JUDGMENT ORDER

**THIS CAUSE** coming on to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to the entry of an Order of Judgment, as herein set forth.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Judgment is hereby entered in favor of Plaintiffs, Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et. al. (the "FUNDS"), and against HIGH TECH MECHANICAL, INC. in the principal amount of EIGHTY EIGHT THOUSAND THREE HUNDRED NINETY DOLLARS AND 87/100 ($88,390.87) in resolution of reports through January 2008.

2. This is a final and appealable order.

DATED:_____

ENTER:_____
JUDGE ST. EVE

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, Illinois 60604
312-236-0415