IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) | |
| ILLINOIS PENSION  FUND AND | ) | |
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) No. 08 C 208 | |
| ILLINOIS WELFARE FUND, | ) | |
| | ) Judge St. Eve | |
| Plaintiffs, | ) | |
| | ) Magistrate Judge Cox | |
| v. | ) | |
| | ) | |
| HIGH TECH MECHANICAL, INC., | ) | |
| An Illinois corporation | ) | |
| Defendants. | ) | |

**MOTION FOR TURNOVER ORDER**

Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3) move this Court to enter a Turnover Order against the Defendants, HIGH TECH MECHANICAL, INC., an Illinois corporation.  In support of their Motion, Plaintiffs state as follows:

1. This Court entered judgment for Plaintiff and against Defendant on March 17, 2008 in the amount of $88,390.87, for the BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET ILLINOIS PENSION FUND, et. al..

2. Plaintiffs issued a citation on First Trust Bank on April 11, 2008.

3. In response to the citation, First Trust Bank stated to counsel for Plaintiffs on April 23, 2008 that First Trust Bank is currently holding $12,893.58 owed to Plaintiff.  (Exhibit A)

4. Pursuant to Rule 69(a), proceedings supplementary to a judgment shall follow the practice and procedure of the State.

5. Pursuant to 735 ILCS Section 2-1402(c)(3), turnover may be sought from the person cited upon its Answer.

6.	Plaintiffs seek an Order requiring First Trust Bank to turn over to Plaintiffs the value of the amount, which is owed to the defendant, $12,893.58.

**WHEREFORE**, Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3), move this Court to enter a Turnover Order against First Trust Bank in the amount of $12,893.58 in satisfaction of the outstanding judgment and satisfaction of the citation.

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, U.A. OF JOLIET, ILLINOIS
PENSION FUND, et. al.


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415