**First Trust Bank** of Illinois

P.O. Box 1968
Kankakee, Illinois 60901

(815) 929-4000

April 23, 2008

United States District Court
Northern District of Illinois
Eastern Division

Re: Case # 08 C 208
Board of Trustees of the Local Union No. 422 U.A. of Joliet
Illinois Pension & Welfare Fund
V.
High Tech Mechanical Inc.

In regards to the CIATION TO DISCOVER ASSETS served on April 23, 2008 to First Trust Bank of Illinois the information is as follows:

Checking Account #:  1011022
Account Balance:  $12,893.58 as of date of service.

These funds are being held pending further instruction from the court.  You may contact me at 815-929-4000.

Sincerely,

Debra Kesinger
Senior Vice President

EXHIBIT
A.