IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br>     ) <br>     Plaintiffs, ) <br>     ) <br> v.  ) <br>     ) <br> HIGH TECH MECHANICAL, INC., ) <br> An Illinois corporation ) <br>     Defendants. ) | No. 08 C 208 <br><br> Judge St. Eve <br><br> Magistrate Judge Cox |

## ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Request for Turnover Order against First Trust Bank is granted.

2.  First Trust Bank is ordered to turnover to Plaintiffs the sum of $12,893.58 in satisfaction of the Citation.

3.  This is a final and appealable Order.

DATED:_____

ENTER:_____
**HONORABLE JUDGE ST. EVE**

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415