IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH TECH MECHANICAL, INC., An Illinois corporation <br> Defendants. | ) ) ) ) ) ) No. 08 C 208 ) ) Judge St. Eve ) ) Magistrate Judge Cox ) ) ) ) ) |

## NOTICE OF MOTION

TO:   First Trust Bank            High Tech Mechanical
      c/o Debra Kesinger          c/o Tom Blanchette
      P.O. Box 1968               296 South Kinzie Avenue
      Kankakee, IL 60901          Bradley, IL 60915

**PLEASE TAKE NOTICE** that on **May 6, 2008**, at **8:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Lefkow, Room 1241** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Turnover Order.

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, U.A. OF JOLIET, ILLINOIS
PENSION FUND, et. al.


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Turnover with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 29th day of April 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| First Trust Bank | High Tech Mechanical |
| c/o Debra Kesinger | c/o Tom Blanchette |
| P.O. Box 1968 | 296 South Kinzie Avenue |
| Kankakee, IL 60901 | Bradley, IL 60915 |

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 29, 2008