UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION 422 U.A.

v.

HIGH TECH MECHANICAL INC    Case # 08 C 208

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   First Trust Bank
   c/o Deb Keisuger, Vice Pres    on 4/23/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex F  race W  approximate age 45-50  other blond hair

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: First Trust Bank 275 E. Court St Kankakee IL
   date: 4/23/08    time of day: 10:50 am

3. Subsequently, a citation notice was sent via U. S. Mail to:

   High Tech Mechanical Inc
   296 S. Kinzie Ave
   Bradley IL 60915    on 4/23/08

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server