# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION 422 UA

v.                              Case # 08 C 208

HIGH TECH MECHANICAL INC

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within    Citation To Divorce Assets

    on the within named    Tom Blanchette
    High Tech Mechanical Inc

    by personally serving a copy to the individual on    4/23/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

    sex M    race W    approximate age 50-55    other blond hair

    That the place where and the date and time when the above document was served upon the person were as follows:

    place High Tech Mech. 296 S. Kinzie, Bradley IL
    date 4/23/08    time 10:25am

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server