# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH TECH MECHANICAL, INC., An Illinois corporation <br> Defendants. | No. 08 C 208 <br><br> Judge St. Eve <br><br> Magistrate Judge Cox |

## MOTION FOR RULE TO SHOW CAUSE
## FOR FAILURE TO ABIDE BY COURT ORDER

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against HIGH TECH MECHANICAL, INC. In support of this Motion, the Plaintiffs state as follows:

1. On April 23, 2008, Tom Blanchette was personally served with a Citation to Discover Assets requiring his appearance for the Citation on May 1, 2008.

2. Tom Blanchette failed to appear for his Citation.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A. A Rule to Show Cause is entered against Tom Blanchette who is commanded to appear before this Court to show cause, if any he has, for failing to appear for his Citation on May 1, 2008.

Respectfully submitted,

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 U.A. OF JOLIET,
ILLINOIS PENSION FUND


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415