## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL  ) | |
| UNION NO. 422 U.A. OF JOLIET,           ) | |
| ILLINOIS PENSION FUND AND          ) | |
| BOARD OF TRUSTEES OF THE LOCAL  ) | |
| UNION NO. 422 U.A. OF JOLIET,           ) | No. 08 C 208 |
| ILLINOIS WELFARE FUND,                    ) | |
|                                                                  ) | Judge St. Eve |
|                        Plaintiffs,                         ) | |
|                                                                  ) | Magistrate Judge Cox |
|         v.                                                    ) | |
|                                                                  ) | |
| HIGH TECH MECHANICAL, INC.,          ) | |
| An Illinois corporation                         ) | |
|                        Defendants.                     ) | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for Tom Blanchette for his failure to appear for the Citation on May 1, 2008.

2. Tom Blanchette is ordered to appear in court _____, 2008 at 8:30 a.m. Room 1241 and show cause, if any as to his failure to appear for his Citation on May 1, 2008.

Dated:_____

Enter: _____
**HONORABLE JUDGE ST. EVE**