IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL )<br>UNION NO. 422 U.A. OF JOLIET,           )<br>ILLINOIS PENSION FUND AND            )<br>BOARD OF TRUSTEES OF THE LOCAL )<br>UNION NO. 422 U.A. OF JOLIET,           )<br>ILLINOIS WELFARE FUND,                   )<br>                                                           )<br>                    Plaintiffs,                        )<br>                                                           )<br>        v.                                                 )<br>                                                           )<br>HIGH TECH MECHANICAL, INC.,       )<br>An Illinois corporation                          )<br>                    Defendants.                     ) | No. 08 C 208<br><br>Judge St. Eve<br><br>Magistrate Judge Cox |

NOTICE OF MOTION

**TO:**   High Tech Mechanical
c/o Tom Blanchette
296 South Kinzie Avenue
Bradley, IL 60915

**PLEASE TAKE NOTICE** that on **May 8, 2008**, at **8:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge St. Eve, Room 1241** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

                                                                    BOARD OF TRUSTEES OF THE LOCAL
                                                                    UNION NO. 422, U.A. OF JOLIET,
                                                                    ILLINOIS PENSION FUND, et. al.


                                                                    s/ Donald D. Schwartz
                                                                    One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

  I hereby certify that I electronically filed this Notice of Motion and Motion for Rule to Show Cause with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 2nd day of May 2008, at or before the hour of 5:00 p.m.

    High Tech Mechanical
    c/o Tom Blanchette
    296 South Kinzie Avenue
    Bradley, IL 60915

            s/Donald D. Schwartz
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            312-236-0415 (phone)
            312-341-0438 (fax)