### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> HIGH TECH MECHANICAL, INC., An Illinois corporation <br>  Defendants. | ) ) ) ) ) No. 08 C 208 ) ) Judge St. Eve ) ) Magistrate Judge Cox ) ) ) ) ) |

**ORDER**

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:    IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against First Trust Bank is granted.

2. First Trust Bank is ordered to turnover to Plaintiffs the sum of $12,893.58 in satisfaction of the Citation.

3. This is a final and appealable Order.

DATED: May 6, 2008 _

ENTER: _____
**HONORABLE JUDGE ST. EVE**

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415