## United States District Court for the Northern District of Illinois

Case Number: 08cv208   Assigned/Issued By: daj

Judge Name: ST.EVE   Designated Magistrate Judge: COX

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

☑ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

2 Original and 2 copies on 05/07/08 as to NOVAK CONSTRUCTION,
(Date)
HORVE CONTRACTORS.

C:\wpwin80\docket\feeinfo.frm   03/14/05