UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00208

Honorable Amy J. St. Eve

High Tech Mechanical, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

MINUTE entry before the Honorable Amy J. St. Eve: In court/Citation hearing held on 5/22/2008. Plaintiff's oral motion to continue citations against Novak and Horn is granted.( In Court/Citation hearing continued to 7/7/2008 at 08:30 AM., as to Novak and Horn),Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.