MSO/339

# SHERIFF'S FEES (Out of County)

Service and Return .................................................. $ 30.00

Mileage .................................................. $ 7.00

Total $ 37.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**
By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| HORVE | STEVE | 11/15/1941 | MALE | WHITE |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**
By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(C) CORPORATION DEFENDANTS:**
By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

HORVE CONTRACTORS, INC   BUSINESS TO SERVE

**(D) OTHER:**

COMMENTS:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| HORVE | STEVE | 08-C-208 | CITATION | 30800 |

| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
|---|---|---|---|---|
| 5/27/2008 | 8:57 AM | BENDSEN, CHRIS | 1735 | |

| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | |
|---|---|---|---|---|
| 330 MARION | FORSYTH | ILLINOIS | SELF | |

Sheriff of Macon Co.
Jerry Dawson

RETURN PROCESSED BY
CASEY EATON #5149
MACON COUNTY SHERIFF'S OFFICE