UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF
LOCAL NO 422 U A

v.

HIGH TECH MECHANICAL INC          Case # 08C208

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Bernard Bonnem, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   Novak Construction
   c/o Rose Gough, Executive Administrator
   on 5/16/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex _F_ race _W_ approximate age _50_ other _black hair, glasses_

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: _Novak Construction, 3423 N. Drake Ave, Chicago IL_
   date: _5/16/08_                        time of day: _3:00 pm_

3. Subsequently, a citation notice was sent via U. S. Mail to:

   High Tech Mechanical Inc
   396 S. Kinzie Ave
   Bradley IL 60915        on 5/18/08

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Bernard Bonnem_
Special Process Server