UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Board of Trustees of the Local Union No. 422 U.A. of
Joliet, Illinois Pension Fund, et al.

                              Plaintiff,

v.                               Case No.: 1:08−cv−00208

                              Honorable Amy J. St. Eve

High Tech Mechanical, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Citation hearing held on 9/8/2008 and continued to 10/23/08 at 8:30 a.m. Status hearing set for 10/23/2008 at 08:30 AM. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.